**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| ALAN JEAN-PHILIPPE, | : | |
|  | : | Civil Action No. 17-2975 (RMB/JS) |
| Plaintiff, | : | |
|  | : | |
| v. | : | **OPINION** |
|  | : | |
| DENISE THOMAS, | : | |
|  | : | |
| Defendant. | : | |

Plaintiff Alan Jean-Philippe ("Plaintiff") removed this action from the Superior Court of New Jersey in Burlington County. That state action, brought by Plaintiff, sought from Defendant Denise Thomas an order: 1) waving enforcement of child support; 2) forgiving child support debt; and 3) vacating the child support warrant. Docket No. 1, page 2.

This matter shall be dismissed for two reasons. First, a plaintiff may not "remove" his own case. 28 U.S.C. § 1441 ("Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed *by the defendant or the defendants*, to the district court of the United States for the district and division

embracing the place where such action is pending." (emphasis added)). Second, this Court does not have jurisdiction when a litigant seeks to appeal a state-court order in this Court. Lance v. Dennis, 546 U.S. 459, 463 (2006) ("[U]nder what has come to be known as the Rooker-Feldman doctrine, lower federal courts are precluded from exercising appellate jurisdiction over final state-court judgments.").

Accordingly, the Court will enter an Order dismissing this matter.

**DATED**: May 3, 2017

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**
